BENJAMIN B. WAGNER
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-2:07-515 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING GOVERNMENT'S |
| v. | ) | MOTION TO DISMISS REMAINING |
| | ) | COUNTS IN INDICTMENT |
| JORGE CHAVEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The remaining counts in the Indictment in Case No. CR-S-07-515 WBS as to defendants JOHN DOE I and JOHN DOE II are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

DATED: February 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1